# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2835

_____

Edward J. Priebe,                                *
                                                 *
            Appellant,                           *
                                                 *    Appeal from the United States
      v.                                         *    District Court for the
                                                 *    District of South Dakota.
City of Spearfish; David Batdorf,                *
                                                 *    [UNPUBLISHED]
            Appellees.                           *

_____

Submitted: November 6, 1998
Filed: December 4, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

      Edward J. Priebe appeals from the district court's[1] order granting summary judgment for defendants in his civil rights action. Having carefully reviewed the record, we affirm the judgment of the district court for the reasons set forth in its order. See 8th Cir. R. 47B.

_____

      [1]The Honorable Richard H. Battey, Chief Judge, United States District Court for the District of South Dakota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.